158-16

COA # 08-14-00013-CR         OFFENSE: OTHER CRIMINAL

STYLE: The State of Texas v. Silvia Flores         COUNTY: El Paso

COA DISPOSITION: Reverse/Remand         TRIAL COURT: County Criminal Court No. 4

DATE: 1/13/16         Publish: NO         TC CASE #: 20120C05196

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: The State of Texas v. Silvia Flores         CCA #: _____

___APPELLEE'S___ Petition         CCA Disposition: __158-16__

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

___REFUSED___         JUDGE: _____

DATE: __05/04/2016__         SIGNED: _____ PC: _____

JUDGE: _____         PUBLISH: _____ DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____